IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **Bonnie Harmon, Jenny Fagan,** )<br>**Edward Fagan** and **Matthew Bilbrey,** )<br>Children and next of Kin of )<br>**Pamela Rudder,** Deceased, )<br> )<br>**Plaintiffs,** )<br> )<br>v. )<br> )<br>**Hickman County, Tennessee,** )<br>a County and Governmental entity of the )<br>State of Tennessee, **Randal Ward,** )<br>Sheriff of Hickman County, Tennessee )<br>**Sondra Luna** and **Felicia Roberson,** )<br>Deputy Sheriffs and Correctional Officers )<br>of Hickman County Jail, )<br> )<br>**Defendants.** ) | Case No. 1:13-cv-42<br>JURY DEMAND |

## ORDER OF DISMISSAL OF ALL DEFENDANTS

By stipulation of the parties hereto entered pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND DIRECTED that the plaintiffs' Complaint and all claims asserted by the plaintiffs against the defendants, Hickman County, Tennessee, Randal Ward, Sondra Luna and Felicia Roberson, in the above-referenced matter and in the related (now closed) case 1:13-cv-00002, be and are hereby DISMISSED WITH PREJUDICE, with each party to pay its respective costs.

This 26th day of March, 2014.

WILLIAM J. HAYNES JR.
Chief United States District Judge